The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| FREDERICK T. BREWSTER,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE, FSB, WELLS FARGO BANK, N.A.,<br><br>　　　　　　　　Defendants. | Case No. 3:11-cv-05597-RBL<br><br>**SATISFACTION OF JUDGMENT** |

　　　Defendant Wells Fargo Bank, N.A. hereby acknowledges that Plaintiff has fully satisfied the $5,000 judgment for attorney fees, entered at ECF No. 47.

　　　DATED this 22nd day of January, 2018.

　　　　　　　　　　　　　　/s/ Molly J. Henry
　　　　　　　　　　　　　　Molly J. Henry, WSBA No. 40818
　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　Wells Fargo Bank, N.A.
　　　　　　　　　　　　　　Keesal, Young & Logan
　　　　　　　　　　　　　　1301 Fifth Avenue, Suite 3100
　　　　　　　　　　　　　　Seattle, Washington 98101
　　　　　　　　　　　　　　Telephone:　(206) 622-3790
　　　　　　　　　　　　　　Facsimile:　(206) 343-9529
　　　　　　　　　　　　　　*E mail:*　*molly.henry@kyl.com*

Case No.: 3:11-CV-05597-RBL
SATISFACTION OF JUDGMENT - 1

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 3100
SEATTLE, WASHINGTON 98101
(206) 622-3790

**CERTIFICATE OF SERVICE**

I hereby certify that on the date given below, I electronically filed the foregoing SATISFACTION OF JUDGMENT with the Clerk of the Court using the CM/ECF system, and served the plaintiff Frederick T. Brewster via regular U.S. Mail, postage prepaid, at the following last-known address:

Frederick T. Brewster
3718 South M Street
Tacoma, WA  98418-3911

DATED this 22nd day of January, 2018, at Seattle, Washington.

*/s/ Hillary Poole*
_____
Hillary R. Poole

KYL4811-8763-8872.1

Case No.: 3:11-CV-05597-RBL
SATISFACTION OF JUDGMENT - 2

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 3100
SEATTLE, WASHINGTON 98101
(206) 622-3790